**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
'09 OCT 14 P2:53
JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No. 09 CR-248

STARSIUS T. BARNES, a.k.a. "Star,"
BRIAN T. BLAIR, a.k.a. "K.B.,"
TYREESE D. BURTON, a.k.a. "T-Streets,"
ELLIOT L. CAMPBELL, a.k.a. "Vice Lord Elliot,"
SHAVELLE S. CAMPBELL, a.k.a. "Snowman,"
MACEO T. COLLINS, a.k.a. "Boss Hog,"
BRANDON C. EVANS, a.k.a. "B-Cool,"
CHARLES C. FAMOUS, a.k.a. "Charley Wolly,"
JARREN D. GARDNER, a.k.a. "Smizz" or "J.B.,"
MARK A. GEATER, a.k.a. "Poke,"
DARRELL D. GRANDBERRY, a.k.a. "Nacho,"
ANDRE E. HAMPTON, a.k.a. "Jukie,"
MARQUAN T. HILL, a.k.a. "Shorty Quan,"
DARRICK V. HOLMES, a.k.a. "Lil' Debbie,"
CALVIN D. HUNTER, a.k.a. "Coo-Coo,"
JAVONTE R. HUNTER, a.k.a. "Vonte,"
DAMION V. JACKSON, a.k.a. "Zeus,"
RAMONE L. JONES, a.k.a. "Mone,"
GEORGE E. MALONE III, a.k.a. "Juni,"
TYRONE MALONE, a.k.a. "8-Ball,"
FRANK MAYWEATHER, a.k.a. "Nitty,"
RONNIE McMORRIS, a.k.a. "Doughboy,"
RYAN R. McMORRIS, a.k.a. "Ry-U" or "Cake,"
TYWON C. MILLS, a.k.a. "T-Real,"
SHELBY MORRIS, a.k.a. "Cheese,"
FAYZELL MOSLEY, a.k.a. "Rumble,"
TYRANN R. MOSLEY, a.k.a. "T-Cilla,"
CHRISTOPHER D. MULLINS, a.k.a. "Dub,"
TIMOTHY T. MURRY, a.k.a. "Slim,"
DASHON L. NEAL, a.k.a. "Fuu,"
RYON A. PERKINS, a.k.a. "Perk,"
CLARENCE A. PRICE, a.k.a. "Slim,"
JAMES J. ROBBINS, a.k.a. "J.R." or "J-Ewing,"
DAMIEN T. SEARCY,
JONATHAN W. SPARKS, a.k.a. "J-Buck,"
ALLEN D. SUTTON, a.k.a. "Fly Al,"
SKYLER THOMAS, a.k.a. "Scoop,"
TRAVENN L. WEBSTER, a.k.a. "C-Ball," or "Tray,"
CHRISTOPHER A. WILLIAMS, a.k.a. "Pudge,"
DARYLL A. WINKLER, a.k.a. "Big Wink,"

        Defendants.

[Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846; and Title 18, United States Code, Sections 922(a)(1), 924(a)(2) and 924(c)(1)(A)(I).]

**INDICTMENT**

## COUNT ONE

**THE GRAND JURY CHARGES:**

1.  Beginning by at least 2006, and continuing through October 14, 2009, in the State and Eastern District of Wisconsin and elsewhere,

> BRIAN T. BLAIR, a.k.a. "K.B.,"
> TYREESE D. BURTON, a.k.a. "T-Streets,"
> SHAVELLE S. CAMPBELL, a.k.a. "Snowman,"
> MACEO T. COLLINS, a.k.a. "Boss Hog,"
> BRANDON C. EVANS, a.k.a. "B-Cool,"
> CHARLES C. FAMOUS, a.k.a. "Charley Wolly,"
> JARREN D. GARDNER, a.k.a. "Smizz" or "J.B.,"
> MARK A. GEATER, a.k.a. "Poke,"
> DARRELL D. GRANDBERRY, a.k.a. "Nacho,"
> ANDRE E. HAMPTON, a.k.a. "Jukie,"
> MARQUAN T. HILL, a.k.a. "Shorty Quan,"
> DARRICK V. HOLMES, a.k.a. "Lil' Debbie,"
> CALVIN D. HUNTER, a.k.a. "Coo-Coo,"
> JAVONTE R. HUNTER, a.k.a. "Vonte,"
> DAMION V. JACKSON, a.k.a. "Zeus,"
> RAMONE L. JONES, a.k.a. "Mone,"
> GEORGE E. MALONE, III, a.k.a. "Juni,"
> TYRONE MALONE, a.k.a. "8-Ball,"
> FRANK MAYWEATHER, a.k.a. "Nitty,"
> RONNIE McMORRIS, a.k.a. "Doughboy,"
> RYAN R. McMORRIS, a.k.a. "Ry-U" or "Cake,"
> SHELBY MORRIS, a.k.a. "Cheese,"
> FAYZELL MOSLEY, a.k.a. "Rumble,"
> CHRISTOPHER D. MULLINS, a.k.a. "Dub,"
> TIMOTHY T. MURRY, a.k.a. "Slim,"
> DASHON L. NEAL, a.k.a. "Fuu,"
> RYON A. PERKINS, a.k.a. "Perk,"
> CLARENCE A. PRICE, a.k.a. "Slim,"
> JAMES J. ROBBINS, a.k.a. "J.R." or "J-Ewing,"
> DAMIEN T. SEARCY,
> JONATHAN W. SPARKS, a.k.a. "J-Buck,"
> ALLEN D. SUTTON, a.k.a. "Fly Al,"
> SKYLER THOMAS, a.k.a. "Scoop,"
> TRAVENN L. WEBSTER, a.k.a. "C-Ball," or "C," or "Tray,"
> DARYLL A. WINKLER, a.k.a. "Big Wink,"

2

Case 2:09-cr-00248-LA   Filed 10/14/09   Page 2 of 14   Document 1

knowingly and intentionally conspired with each other and persons known and unknown to the grand jury to possess with the intent to distribute and distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved 50 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance, and five kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 14, 2008, in the State and Eastern District of Wisconsin,

**JONATHAN W. SPARKS, a.k.a "J-Buck,"**

knowingly and intentionally possessed with the intent to distribute 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

4

## COUNTS THREE THROUGH THIRTY-FOUR

THE GRAND JURY FURTHER CHARGES:

On or about the below-listed dates, in the State and Eastern District of Wisconsin, the below-listed defendants knowingly and intentionally distributed a mixture and substance containing the substance listed below:

In violation of Title 21, United States Code, Section 841(a)(1) and the below-listed section.

| Count | Defendant | Date | Substance and Weight | Code Section |
|---|---|---|---|---|
| 3 | TYRANN R. MOSLEY, a.k.a. "T-Cilla" | 9/16/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 4 | MACEO T. COLLINS, a.k.a. "Boss Hog" | 10/3/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 5 | FAYZELL MOSLEY, a.k.a. "Rumble" | 10/12/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 6 | SHELBY MORRIS, a.k.a. "Cheese" | 10/13/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 7 | ALLEN D. SUTTON, a.k.a. "Fly Al" | 10/17/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 8 | DAMIEN T. SEARCY | 10/22/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 9 | FRANK MAYWEATHER, a.k.a. "Nitty" | 10/23/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 10 | DARYLL A. WINKLER, a.k.a. "Big Wink" | 10/24/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 11 | RYAN R. McMORRIS, a.k.a. "Ry-U" or "Cake" | 10/27/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 12 | JAMES J. ROBBINS, a.k.a. "J.R." or "J-Ewing" | 10/27/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 13 | RYON A. PERKINS, a.k.a. "Perk" | 11/10/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 14 | ELLIOT L. CAMPBELL, a.k.a. "Vice Lord Elliot" | 11/14/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |

| Count | Defendant | Date | Substance and Weight | Code Section |
|---|---|---|---|---|
| 15 | TYWON C. MILLS, a.k.a. "T-Real" | 11/14/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 16 | CHRISTOPHER D. MULLINS, a.k.a. "Dub" | 11/14/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 17 | MARQUAN T. HILL, a.k.a. "Shorty Quan" and FAYZELL MOSLEY, a.k.a. "Rumble" | 11/20/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 18 | RAMONE L. JONES, a.k.a. "Mone" | 11/25/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 19 | BRIAN T. BLAIR, a.k.a. "K.B." | 12/8/2008 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 20 | DARRICK V. HOLMES, a.k.a. "Lil' Debbie" and CHRISTOPHER D. MULLINS, a.k.a. "Dub" | 12/8/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 21 | CLARENCE A. PRICE, a.k.a. "Slim" | 12/9/2008 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 22 | CHRISTOPHER A. WILLIAMS, a.k.a. "Pudge" | 1/26/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 23 | SKYLER THOMAS, a.k.a. "Scoop" | 5/22/2009 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 24 | DARRELL D. GRANDBERRY, a.k.a. "Nacho" | 5/28/2009 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 25 | ANDRE E. HAMPTON, a.k.a. "Jukie" | 6/3/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 26 | TRAVENN L. WEBSTER, a.k.a. "C-Ball" or "Tray" | 6/5/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 27 | JARREN D. GARDNER, a.k.a. "Smizz" or "J.B." | 6/17/2009 | Five grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(B) |
| 28 | DAMION V. JACKSON, a.k.a. "Zeus" | 6/18/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 29 | JAVONTE R. HUNTER, a.k.a. "Vonte" | 6/25/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 30 | STARSIUS T. BARNES, | 7/14/2009 | Five grams or more of a mixture and substance | 21 U.S.C. § |

| Count | Defendant | Date | Substance and Weight | Code Section |
|---|---|---|---|---|
| | a.k.a. "Star" | | containing cocaine base in the form of "crack" cocaine | 841(b)(1)(B) |
| 31 | TYRONE MALONE, a.k.a. "8-Ball" | 8/4/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 32 | GEORGE E. MALONE III, a.k.a. "Juni" and TRAVENN L. WEBSTER, a.k.a. "C-Ball," or "C," or "Tray," | 8/13/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 33 | MARK A. GEATER, a.k.a. "Poke" and DASHON L. NEAL, a.k.a. "Fuu" | 8/19/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |
| 34 | BRANDON C. EVANS, a.k.a. "B-Cool" | 9/1/2009 | A mixture and substance containing cocaine base in the form of "crack" cocaine | 21 U.S.C. § 841(b)(1)(C) |

7

## COUNT THIRTY-FIVE

THE GRAND JURY FURTHER CHARGES:

On or about July 14, 2008, in the State and Eastern District of Wisconsin,

**JONATHAN W. SPARKS, a.k.a. "J-Buck,"**

knowingly used and carried a firearm during and in relation to the drug trafficking crime charged in Count Two of this indictment and did possess the firearm in furtherance of such crime.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(I).

## COUNT THIRTY-SIX

THE GRAND JURY CHARGES THAT:

1. On or about December 1, 2008, in the State and Eastern District of Wisconsin,

**TYRANN R. MOSLEY, a.k.a. "T-Cilla,"**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus, model 44 Magnum, .44 caliber pistol, bearing serial number NI112180.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THIRTY-SEVEN

THE GRAND JURY CHARGES THAT:

1. On or about January 30, 2009, in the State and Eastern District of Wisconsin,

**CHRISTOPHER A. WILLIAMS, a.k.a. "Pudge,"**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Navy Arms, model TU-90, 9 mm firearm, bearing serial number 32410.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THIRTY-EIGHT

THE GRAND JURY CHARGES THAT:

1. On or about February 2, 2009, in the State and Eastern District of Wisconsin,

**TYWON C. MILLS, a.k.a. "T-Real,"**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Beretta, model 96G, .44 caliber pistol, bearing serial number BER280764Z.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THIRTY-NINE

THE GRAND JURY FURTHER CHARGES:

On or about July 14, 2009, in the State and Eastern District of Wisconsin,

**STARSIUS T. BARNES, a.k.a. "Star,"**

knowingly used and carried a firearm during and in relation to the drug trafficking crime charged in Count Thirty of this indictment and did possess the firearm in furtherance of such crime.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FORTY

THE GRAND JURY FURTHER CHARGES:

On or about August 14, 2008, in the State and Eastern District of Wisconsin,

**RONNIE McMORRIS, a.k.a. "Doughboy"**

knowingly and intentionally distributed a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE NOTICE

1. All property of the defendants constituting or derived from any proceeds obtained as a result of the offenses set forth in Counts One through Thirty-Four, and all property of the defendants used or intended to be used to commit or facilitate the commission of the offenses, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The property subject to forfeiture includes a personal money judgment in an amount of $500,000, representing the amount of unseized proceeds obtained as a result of the controlled substance offenses set forth in Counts One through Thirty-Four.

2. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b) and 1029(c)(2), the defendant shall forfeit substitute property, up to the value described in the preceding paragraph, if by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property that cannot be subdivided without difficulty.

A TRUE BILL:

_____
FOREPERSON

Dated: 10/14/09

_____
MICHELLE L. JACOBS
United States Attorney